UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TAMARA N. MIXON and MARK MIXON,

     Plaintiffs,

         v.                          Case No. 13-cv-856-JPG-DGW

PADLEY AG TRANSPORTATION, LLC,
DON R. PADLEY, SUNBELT FURNITURE
XPRESS, INC. and MICHAEL F. ROPER,

     Defendants.

## MEMORANDUM AND ORDER

In light of Seventh Circuit Court of Appeals admonitions, *see Foster v. Hill*, 497 F.3d 695, 696-97 (7th Cir. 2007), the Court has undertaken a rigorous initial review of pleadings to ensure that jurisdiction has been properly pled.   The Court has noted the following defect in the jurisdictional allegations of the Notice of Removal (Doc. 8) filed by plaintiffs Don R. Padley and Padley AG Transportation, LLC:

- **Failure to allege the citizenship of each member of an unincorporated association.** To determine if complete diversity exists, the Court must examine the citizenship of each member of a limited liability company.   *See White Pearl Inversiones S.A. (Uruguay) v. Cemusa, Inc.*, 647 F.3d 684, 686 (7th Cir. 2011); *Belleville Catering Co. v. Champaign Market Place, LLC*, 350 F.3d 691, 692 (7th Cir. 2003).   The relevant pleading must affirmatively allege the specific states of citizenship of each member of the limited liability company, and "the citizenship of unincorporated associations must be traced through however many layers of partners or members there may be."   *Meyerson v. Harrah's E. Chi. Casino*, 299 F.3d 616, 617 (7th Cir. 2002).   The Notice of Removal fails to allege the citizenship of each member of Padley AG Transportation, LLC.

The Court hereby **ORDERS** that plaintiffs Don R. Padley and Padley AG Transportation, LLC shall have up to and including September 20, 2013, to amend the faulty pleading to correct the jurisdictional defect.   *See* 28 U.S.C. § 1653.   Failure to amend the faulty pleading may result in remand of this case for lack of subject matter.   Amendment of the faulty pleading to reflect an

adequate basis for subject matter jurisdiction will satisfy this order.   Plaintiffs Don R. Padley and

Padley AG Transportation, LLC are directed to consult Local Rule 15.1 regarding amended

pleadings and need not seek leave of Court to file such amended pleading.

**IT IS SO ORDERED.**
**DATED: August 30, 2013**

s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**