UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TAMARA N. MIXON and MARK MIXON,

    Plaintiffs,

        v().

PADLEY AG TRANSPORTATION, LLC,
DON R. PADLEY, SUNBELT FURNITURE
XPRESS, INC. and MICHAEL F. ROPER,

    Defendants.

Case No. 13-cv-856-JPG-DGW

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiffs' notice of settlement with defendants Sunbelt Furniture Express, Inc. ("Sunbelt") and Michael F. Roper (Doc. 28).

With respect to Sunbelt, the Court construes the notice as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order at any time before the opposing party serves an answer or a motion for summary judgment. Sunbelt has not served an answer or motion for summary judgment in this case. Because the plaintiffs have an absolute right to dismiss this case against Sunbelt at the present time, the Court finds that all claims in this action against Sunbelt are **DISMISSED with prejudice**. Sunbelt is terminated as a party to this case.

With respect to Roper, the Court construes the notice as a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2). Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal of an entire case signed by all the parties. In light of the settlement between the plaintiffs and Roper, the Court **GRANTS** the motion to dismiss (Doc. 28). Roper is terminated as a party to this case.

In light of these rulings, the Court **DISCHARGES** its January 17, 2014, order to show cause (Doc. 27) and **DENIES as moot** Roper's motion to dismiss Count III (Doc. 18) and motion to dismiss all claims against Sunbelt (Doc. 21).   The Court further **DIRECTS** the Clerk of Court enter judgment accordingly at the close of this case.

**IT IS SO ORDERED.**
**DATED: February 3, 2014**

s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**